IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ALLSTATE INDEMNITY CO.                                                                PLAINTIFF

V.                                                              CIVIL ACTION NO. 4:16-CV-7-SA-DAS

ALEXIS LOGAN,
UNION INSURANCE CO., *and*
S AND E, INC.                                                                         DEFENDANTS

### ORDER

Now before the Court is Allstate Indemnity Company's Motion for Partial Summary Judgment [56]. Alexis Logan responded by filing a Motion to Stay [64] requesting that the court defer consideration of Allstate's motion under Federal Rule of Civil Procedure 56(d) until the close of discovery. Union Insurance Company joined in the Logan's motion to stay [71].

Because the discovery in this case was due on September 30, 2016, the Court construes Logan's motion as one for extension of time. Responses to Allstate's Motion for Partial Summary Judgment [56] are now due on October 17, 2016. If necessary, Union may supplement their response [72] by the same deadline. Allstate's replies will be due on October 24, 2016.

SO ORDERED on this the 3rd day of October 2016.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE