IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ALLSTATE INDEMNITY COMPANY                                PLAINTIFF

V.                                         CAUSE NO. 4:16-CV-007-SA-JMV

ALEXIS LOGAN,
UNION INSURANCE COMPANY, and
S and E, INC.                                                       DEFENDANTS

## AGREED ORDER OF DIMSISSAL

THIS ACTION having come before the Court upon the motion *ore tenus* of Allstate Indemnity Company, Alexis Logan and Union Insurance Company requesting a dismissal of all claims, and the Court having been advised that the parties have entered into a compromise settlement of all claims and having been otherwise advised in the premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED THAT the Counter-Claim of Alexis Logan against Allstate Indemnity Company is hereby dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED THAT the Complaint for Declaratory Judgment filed by Allstate Indemnity Company is dismissed, and all parties shall bear their own costs.

SO ORDERED AND ADJUDGED THIS THE 23rd DAY OF January, 2017.

                                                              /s/ Sharion Aycock
                                                              UNITED STATES DISTRICT JUDGE

AGREED TO BY:

*/s/ Robert R. Stephenson*
Robert R. Stephenson, Attorney for Allstate
Indemnity Company

*/s/ William M. Vines*
William M. Vines, Attorney for Union
Insurance Company

/s/ *Jamie D. Travis*
Jamie D. Travis, Attorney for
Alexis Logan